1   P. Rebecca Kamitsuka, OSB #93326
    Attorney for the United States Trustee
2   Gail B. Geiger, WSB #13727
    Assistant United States Trustee
3   Office of the United States Trustee
    Wayne L. Morse Courthouse
4   405 E. 8th Avenue, Suite #1100
    Eugene, Oregon 97401-2706
5           Attorneys for Ilene J. Lashinsky,
            Region 18 United States Trustee
6

7               UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF OREGON
8

In re Michael A. Soderberg,           )    Case No. 07-60024-aer7
9                                      )
                Debtor.                )
10                                     )
In re Cheryl C. Nichols,              )
11                                     )    Case No. 06-61306-aer7
                Debtor.                )
12                                     )
United States Trustee,                )
13                                     )
                Plaintiff,             )    Adversary No.  07-6056-fra
14                                     )
            v.                         )
15                                     )    NOTICE OF FILING OF ADVERSARY
Barry L. Taub aka Oregon Justice Project aka )  IN ANOTHER CASE WHICH RELATES
16  B. Taub Debt Clinic aka Bankruptcy )    TO THIS CASE
    Discount Prices aka A Bankruptcy-Discount )
17  Prices aka B. Taub Paralegal aka Barry L. )
    Taub, Paralegal                    )
18                                     )
                Defendant.             )
19                                     )

20

**TO THE DEBTOR AND INTERESTED PARTIES:**
21
        Please take notice that Ilene J. Lashinsky, United States Trustee for Region 18 ("UST"),
22
through her attorney, P. Rebecca Kamitsuka, filed an Adversary Proceeding captioned *United*
23
*States Trustee v. Barry L. Taub, et al.*, Adversary Case No. 07-6056-fra, in *In re Cheryl Nichols,*
24
Bankruptcy Case No. 06-61306-aer7, for violations of 11 U.S.C. § 110.  The Adversary
25
Complaint includes, but is not limited to, allegations that the Bankruptcy Petition Preparer
26
UNITED STATES TRUSTEE'S NOTICE OF FILING OF ADVERSARY IN ANOTHER CASE WHICH RELATES
TO THIS CASE

1    ("BPP") violated 11 U.S.C. § 110 in this case, in one or more of the following: a) he unlawfully

2    provided or offered legal advice including advising and/or independently electing and preparing

3    for debtors a "short form filing", Applications to Pay the Filing Fee in Installments, Motions for

4    Extension of Time or Exemption regarding Credit Counseling, Means Test Form B22A or Form

5    B22C,  Schedule C including selecting the exemptions, and prepared Chapter 13 Plans; b) advised

6    which bankruptcy to file and whether or not the debtors would lose/keep certain property;

7    c) characterized creditors, the debts, and property for debtors; d) interpreted court deadlines, legal

8    terms, and debtors' duties, and made legal conclusions for debtors; e) engaged in fraudulent,

9    unfair or deceptive acts including but not limited to misrepresentation of his education or

10   experience as a BPP under the Bankruptcy Abuse Prevention and Consumer Protection Act of

11   2005 and represented to debtors that he could not provide legal advice but in fact, did unlawfully

12   provide legal advice to debtors; and f) violated prior court orders/judgments enjoining him from

13   unlawfully providing legal advice and from fraudulent, deceptive and/or unfair advertisements.

14   Pursuant to 11 U.S.C. § 110, the Adversary Complaint seeks fines, disgorgement of the BPP's

15   fees, and a permanent injunction enjoining the BPP from acting or advertising as a BPP.

16        The Adversary Complaint filed in *United States Trustee v. Barry L. Taub, et al.*,

17   Adversary Case No. 07-6056-fra, and the court's public file, can be reviewed at the United States

18   Bankruptcy Court for the District of Oregon, Clerk of the Court, located at the Wayne L. Morse

19   Courthouse, 405 E. 8th Avenue, Suite #2600, Eugene, Oregon.

20        DATED this 10th day of August, 2007.

21                                         ILENE J. LASHINSKY
                                           UNITED STATES TRUSTEE

22

23                                         By: /s/ *P. Rebecca Kamitsuka*
                                               P. Rebecca Kamitsuka, OSB #93326
24                                             Attorney for the United States Trustee

25

26
     UNITED STATES TRUSTEE'S NOTICE OF FILING OF ADVERSARY IN ANOTHER CASE WHICH RELATES
     TO THIS CASE

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, as follows:

1.  On September 7, 2007, the attached document was served on the persons shown below (with the exception of the Plaintiff  U.S. Trustee), by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.   To the best of my knowledge, information and belief, there is regular communication by First-Class mail between Eugene, Oregon, and the address shown below:

**See the attached debtor(s) mailing matrix**.

Dated:   September 7, 2007

 */s/    P. Rebecca Kamitsuka*
P. Rebecca Kamitsuka, OSB #93326
Attorney for the United States Trustee

Label Matrix for local noticing
0979-6
Case 07-60024-aer7
District of Oregon
Eugene
Thu Aug  9 14:12:30 PDT 2007

405 E 8th Ave #2600
Eugene, OR 97401-2725

ABC
PO Boxo 6800
Sherwood AR 72124-6800

Barry L. Taub
492 East 13th Avenue  Suite 101
Eugene  OR 97401-4250

Chase
PO Box 901076
Fort Worth  TX 76101-2076

Citifinancial
1922 Marcola Rd.
Springfield   OR 97477-2560

Credit Concepts Inc.
220 W. 7th  Ave.
Eugene  OR 97401-2664

Discover
PO Box 960024
Orlando  FL 32896-0024

GE Money Bank
PO Box 960061
Orlando  FL 32896-0061

Help Financial
PO Box 7015
Indianaplis  IN 46207-7015

Hess Kennedy Law Firm
1060 Osgood
Northan Dover  MA 01845-1500

Les Schwab
3294 Main St.
Springfield  OR 97478-5810

Sears
PO Box 6922
The Lakes  NV 88901-6922

Sears
PO Box 6924
The Lakes  NV 88901-6924

Selco
PO Box 7487
Eugene  OR 97401-0487

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2728

Wells Fargo Home Mortgage
PO Box 54107
Los Angeles  CA 90054-0107

Micheal A. Soderberg
6997 B St
Springfield, OR 97478-7247

Thomas A Huntsberger
870 W Centennial
Springfield, OR 97477-2835

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Motor Credit Corp.
PO Box 2730, Mail Drop TC13
Torrance CA  90509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.
McCalla, Raymer, et al.

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20